# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE NA PIER,<br><br>        Plaintiff,<br>  vs.<br><br>RIDGECREST CAPITAL, L.P.,<br><br>        Defendant. | Case No. 1:21-cv-00891-AWI-JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 7) |

      The plaintiff reports she has settled the matter and indicate she will seek dismissal of the action soon. (Doc. 7 at 2) Thus, the Court **ORDERS**:

      1.    The stipulation to dismiss the action **SHALL** be filed <u>**no later than September 3, 2021**</u>;

      2.    All pending dates, conferences and hearings are **VACATED**.

<u>**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**</u>

IT IS SO ORDERED.

    Dated:   **July 12, 2021**            **/s/ Jennifer L. Thurston**
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE