# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE NA PIER,<br><br>    Plaintiff,<br>  vs.<br>RIDGECREST CAPITAL, L.P.,<br><br>    Defendant. | Case No.  1:21-cv-00891-AWI-JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION<br>(Doc. 9) |

The plaintiff has filed a voluntary dismissal with prejudice under Federal Rules of Civil Procedure Rule 41(a)(1(A)(1). (Doc. 9) She indicates that the parties will bear their own fees and costs. Id. at 2. Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

    Dated:   **August 9, 2021**                         _ **/s/ Jennifer L. Thurston**
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE